| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Robertson, James | 2. Court or Organization<br><br>District of Columbia | 3. Date of Report<br>_i_<br>06/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Room 4903<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board member, Executive committee member | Council for Court Excellence |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Wilmer, Cutler & Pickering Retirement Plan (see part VIII) |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 A 10: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, James | 06/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Wilmer, Cutler & Pickering (retirement income) | $ 117,492 |
| 2. 10/6 | Syracuse University (teaching stipend) | $ 3000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. N.Y. Intellectual Property Law Association | NYIPLA annual dinner, New York 3/24 (travel, with █████) |
| 2. Foundation for Research in Environment and Economics | Terrorism seminar, Racine Wis. 10/8-10 (travel) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, James | 06/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, James | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Chevy Chase Bank, Bethesda, MD | A | Interest | K | T | | | | | |
| 3. SunTrust Bank, Washington, DC | A | Interest | J | T | | | | | |
| 4. IRA | | | | | | | | | |
| 5. STOCKS | | | | | | | | | |
| 6. Innerstep BSE Class A Pfd | | None | | | Sell | 10/6 | J | | ▬▬▬ |
| 7. Pepsico PEP | A | Dividend | K | T | | | | | |
| 8. Procter & Gamble PG | A | Dividend | L | T | | | | | |
| 9. Cisco Sys Inc CSCO | | None | K | T | | | | | |
| 10. General Electric Co GE | A | Dividend | K | T | Buy | 12/1 | J | | |
| 11. Microsoft Corp MSFT | A | Dividend | K | T | | | | | |
| 12. Pfizer Inc PFI | A | Dividend | K | T | | | | | |
| 13. Dell Inc DELL | | None | | | Sell | 12/1 | K | | |
| 14. Express Scripts Inc ESRX | | None | K | T | | | | | |
| 15. Network Appliance NTAP | | None | K | T | | | | | |
| 16. Corning Inc GLW | | None | | | Sell | 12/1 | K | E | |
| 17. Arch Capital Group ACGL | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, James | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Altera Corp ALTR | | None | K | T | | | | | |
| 19. Saul Centers BFS | B | Dividend | K | T | | | | | |
| 20. Teva Pharmaceuticals Inds TEVA | A | Dividend | | | Sell | 6/23 | K | B | |
| 21. Bank of America BAC | B | Dividend | K | T | | | | | |
| 22. Huaneng Power Intl SP ADR HNP | A | Dividend | K | T | | | | | |
| 23. Lowes Companies Inc LOW | A | Dividend | | | Sell | 19/15 | K | | |
| 24. News Corp Class A New NWSA | A | Dividend | K | T | Buy | 6/20 | K | | |
| 25. Rockwell Collins Inc COL | | None | K | T | Buy | 12/1 | K | | |
| 26. STOCK FUNDS, MONEY FUNDS | | | | | | | | | |
| 27. Citibank Deposit Program | B | Interest | L | T | | | | | |
| 28. Ishares Index Fund EFA | B | Dividend | L | T | | | | | |
| 29. Aberdeen Asia-Pacific Income Fund FAX | C | Dividend | K | T | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, James | 06/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II WILMER, CUTLER & PICKERING RETIREMENT PLAN
The Plan provides essentially for a retiring partner to receive monthly payments for the rest of the partner's life, provided only that the partner does not directly compete with Wilmer, Cutler & Pickering in the practice of law. Payments are calculated at the time of a partner's retirement and are fixed at an amount which (annually) equals 25 percent of the partner's average annual income for the partner's last three years. There is no occasion for upward adjustment of retirement payments, except that adjustments will be mde to reflect increases in the cost of living if and to the extent cumulative inflation exceeds 4 percent in a year. There is no occasion for downward adjustment, except that the firm's annual obligation to all retired partners together is capped at 5 percent of firm income. The Retirement Plan has no provision for payment of a lump sum in lieu of periodic payments.

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, James | 06/12/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 6/12/67

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544